# ARMOUR-ECKRICH MEATS LLC
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Armour-Eckrich Meats LLC to recover overtime pay.

2. During the past three years, there were occasions when I worked over 40 hours a week for Armour-Eckrich Meats LLC and did not receive proper compensation for all of my hours worked, including time spent donning and doffing work-related clothing.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Armour-Eckrich Meats LLC.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 2-27-13         _Wanda Firchau_
                      Signature

                      _Wanda Firchau_
                      Print Name

## ARMOUR-ECKRICH MEATS LLC
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Armour-Eckrich Meats LLC to recover overtime pay.

2. During the past three years, there were occasions when I worked over 40 hours a week for Armour-Eckrich Meats LLC and did not receive proper compensation for all of my hours worked, including time spent donning and doffing work-related clothing.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Armour-Eckrich Meats LLC.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 2/20/13

Signature: *Kay Oliver*

Print Name: Kay Oliver

## ARMOUR-ECKRICH MEATS LLC
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Armour-Eckrich Meats LLC to recover overtime pay.

2. During the past three years, there were occasions when I worked over 40 hours a week for Armour-Eckrich Meats LLC and did not receive proper compensation for all of my hours worked, including time spent donning and doffing work-related clothing.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Armour-Eckrich Meats LLC.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 2-20-2013

_Carol Knack_
Signature

_Carol Knack_
Print Name