# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:**  0:13-CV-00829 (JRT-AJB)

**Case Title:**  Carol Knaak, et al. v. Armour-Eckrich Meats, LLC

**Affidavit of Movant**

I, David J. Duddleston, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice L. Dale Owens, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the ☐ plaintiff ☒ defendant Armour-Eckrich Meats, LLC in the case listed above.  I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☒   I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

☐   I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

      Signature: *s/David J. Duddleston*               Date: 4/22/13

      MN Attorney License #: 139804

**Affidavit of Proposed Admittee**

I, L. Dale Owens, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but am not admitted to the bar of this court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).  I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and

77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature:  *s/L. Dale Owens*          Date: 4/19/13

Typed Name: L. Dale Owens

Attorney License Number: 557482          issued by the State of Georgia

Law Firm Name:  Jackson Lewis LLP

Law Firm Address: 1155 Peachtree Street, NE

　　　　　　　　　　Suite 1000

　　　　　　　　　　Atlanta, Georgia  30309

Main phone:         (404) 525-8200

Direct line:           (404) 586-1838

E-mail address:    owensd@jacksonlewis.com


4816-8905-9859, v.  1