# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol Knaak, Wanda Firchau, and Kay Oliver, et al., | Civil No. 13cv00829 JRT/JJK |
| Plaintiffs, | |
| v. | |
| Armour-Eckrich Meats LLC, | |
| Defendant. | |

## ORDER GRANTING THE PARTIES' JOINT STIPULATION PROPOSING PRELIMINARY APPROVAL HEARING DATE

Plaintiffs' Carol Knaak, Wanda Firchau, and Kay Oliver, individually and on behalf of all other similarly situated individuals, and Defendant Armour-Eckrich Meats LLC, filed a Stipulation (Doc. No. 93) Proposing a Preliminary Approval Hearing Date.

**IT IS HEREBY ORDERED** that a preliminary settlement approval hearing is scheduled for June 12, 2014 at 9:30 a.m., Courtroom 6A in St. Paul, before the undersigned.

Dated: June 4, 2014

*s/ Jeffrey J. Keyes*
JEFFREY J. KEYES
United States Magistrate Judge