UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol Knaak, Wanda Firchau, and Kay Oliver, et al., | Court File No. 13-CV-00829 (JRT/AJB) |
| Plaintiffs, | |
| v. | |
| Armour-Eckrich Meats LLC, | |
| Defendant. | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Carol Knaak, Wanda Firchau and Kay Oliver, individually and on behalf of others similarly situated, by and through their attorneys, and Defendant Armour-Eckrich Meats LLC, (hereinafter "the Parties"), hereby move for:

1. Certification of a Rule 23 Class for settlement purposes;

2. Plaintiffs' Counsel to be appointed as Class Counsel;

3. Named Plaintiff Carol Knaak to be appointed as Class Representative;

4. Plaintiffs' Counsel to be appointed as Settlement Administrator;

5. A Class Notice and Claim Form to be approved for distribution; and

6. The scheduling of a final approval hearing.

This Motion is based the attached memorandum of law, the Affidavit of David E. Schlesinger, the Parties' Settlement Agreement, the Proposed Class Notice, the Preliminary Allocation, and the Nichols Kaster Firm Resume. This Motion will also be

based upon the arguments of counsel should the Court wish to hold a hearing on Motion.

Dated: 6/16/14                                              Dated: 6/16/14

**NICHOLS KASTER, PLLP**                                    **JACKSON LEWIS P.C.**

*s/ David E. Schlesinger*                                   *s/ L. Dale Owens*
James H. Kaster, MN Bar No. 53946                           L. Dale Owens, GA Bar No. 557482
Paul J. Lukas, MN Bar No. 22084X                            Eric R. Magnus, GA Bar No. 801405
David E. Schlesinger, MN Bar No. 387009                     1155 Peachtree Street NE, Suite 1000
4600 IDS Center, 80 South 8th Street                        Atlanta, GA 30309-3600
Minneapolis, MN, 55402                                      Telephone: (404) 525-8200
Telephone: (612) 256-3200                                   Fax: (404) 525-1173
Fax: (612) 215-6870                                         owensd@jacksonlewis.com
kaster@nka.com                                              magnuse@jacksonlewis.com
lukas@nka.com
schlesinger@nka.com

                                                            D. Christopher Lauderdale, SC Bar No. 64221
**SUNDE, OLSON, KIRCHER**                                   55 Beattie Place
**AND ZENDER, PLC**                                         One Liberty Square, Suite 800
                                                            Greenville, SC 29601
Steven R. Sunde, MN Bar No. 107268                          Telephone: (864) 232-7000
108 Armstrong Blvd. South                                   Fax: (864) 235-1381
P.O. Box 506                                                lauderdalec@jacksonlewis.com
St. James, MN 56081
Telephone: (507) 375-3352
Fax (507) 375-4483                                          David Duddleston, MN Bar No. 0139804
ssunde@cccinternet.net                                      225 South Sixth Street
                                                            Suite 3850
ATTORNEYS FOR PLAINTIFFS                                    Minneapolis, MN 55402
                                                            Telephone: (612) 341-8131
                                                            Fax: (612) 341-0609
                                                            duddleston@jacksonlewis.com

                                                            ATTORNEYS FOR DEFENDANT

2