UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carol Knaak, Wanda Firchau,  and Kay Oliver, et al.,

      Plaintiffs,

v.

Armour-Eckrich Meats LLC,

      Defendant.

Civil No. 13-00829 (JRT/JJK)

**ORDER**

---

James H. Kaster, Paul Lukas, and David E. Schlesinger, **NICHOLS KASTER, PLLP**, 80 South Eighth Street, Suite 4600, Minneapolis, MN 55402; Steven R. Sunde, **SUNDE, OLSON, KIRCHER & ZENDER, PLC**, Post Office Box 506, St. James, MN 56081 for plaintiffs.

L. Dale Owens and Eric R. Magnus, **JACKSON LEWIS LLP**, 1155 Peachtree Street N.E., Suite 1000, Atlanta, GA 30309; D. Christopher Lauderdale, **JACKSON LEWIS LLP**, 55 Beattie Place, Suite 800, Greenville, SC 29601; and David J. Duddleston, **JACKSON LEWIS PC**, 225 South Sixth Street, Suite 3850, Minneapolis, MN 55402, for defendant.

Plaintiffs' Carol Knaak, Wanda Firchau, and Kay Oliver, individually and on behalf of all other similarly situated individuals, and Defendant Armour-Eckrich Meats LLC, filed a Stipulation Consenting to Magistrate Judge Jurisdiction for Approval of Settlement. [Docket No. 103]

It is hereby **ORDERED**, pursuant to Rule 73 and 28 U.S.C. §636(c), that Magistrate Judge Keyes shall have jurisdiction of this matter.

Date: June 26, 2014
at Minneapolis, Minnesota

                                            s/John R. Tunheim
                                            John R. Tunheim
                                            United States District Judge