UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carol Knaak, Wanda Firchau, and Kay Oliver, individually and on behalf of all others similarly situated and the proposed Minnesota Rule 23 Class,

    Plaintiffs,

v.

Armour-Eckrich Meats LLC,

    Defendant.

Case No. 0:13-cv-829-JRT-JJK

---

### PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS AND NAMED PLAINTIFFS' ENHANCEMENT AWARDS

---

    Named Plaintiffs Carol Knaak, Wanda Firchau, and Kay Oliver, individually and on behalf of others similarly situated and the Minnesota Rule 23 Class (together "Plaintiffs"), by and through their attorneys, hereby move for an award of Attorneys' Fees, Costs and Named Plaintiffs' Enhancement Awards. This request is made based upon the record, memorandum of law, affidavit of David E. Schlesinger, and proposed order submitted herewith.

                                                Respectfully submitted,

Date: October 22, 2014                    *s/ David E. Schlesinger*
                                                James H. Kaster, MN Bar No. 53946
                                                Paul J. Lukas, MN Bar No. 22084X
                                                David E. Schlesinger, MN Bar No. 387009
                                                4600 IDS Center, 80 South 8th Street
                                                Minneapolis, MN, 55402

Telephone: (612) 256-3200
Fax: (612) 215-6870
kaster@nka.com
lukas@nka.com
schlesinger@nka.com

**SUNDE, OLSON, KIRCHER AND ZENDER, PLC**

Steven R. Sunde, MN Bar No. 107268
108 Armstrong Blvd. South
P.O. Box 506
St. James, MN 56081
Telephone:  (507) 375-3352
Fax (507) 375-4483
ssunde@cccinternet.net

ATTORNEYS FOR PLAINTIFFS

2