UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carol Knaak, Wanda Firchau, and Kay Oliver, individually and on behalf of all others similarly situated and the proposed Minnesota Rule 23 Class,

        Plaintiffs,

v.

Armour-Eckrich Meats LLC,

        Defendant.

Case No. 0:13-cv-829-JRT-JJK

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS AND NAMED PLAINTIFFS ENHANCEMENT AWARDS**

This matter is before the Court on Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs and Named Plaintiffs' Enhancement Awards (Doc. No. 124). Upon consideration of the file, records, submissions, and the Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs and Named Plaintiffs Enhancement Awards, and pursuant to the Order granting the undersigned jurisdiction of the matter (Doc. No. 104), the Court hereby grants the motion and **ORDERS** as follows:

1. Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs and Named Plaintiffs' Enhancement Awards (**Doc. No. 124**), is **GRANTED**. An amount of $116,666.67 shall be awarded to Nichols Kaster, PLLP as Attorneys' Fees; and

2. Nichols Kaster, PLLP shall be reimbursed out-of-pocket costs spent on prosecution of litigation and settlement administration in the amount of $15,568.45; and

3. The Named Plaintiffs Enhancement Awards of $500.00 to each Named Plaintiff is APPROVED.

Dated: November 3, 2014        *s/ Jeffrey J. Keyes*
                               JEFFREY J. KEYES
                               United States Magistrate Judge